

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  | § |  |
| --- | --- | --- |
| IN RE: VCC, LLC D/B/A VCC | | No. 08-14-00154-CV |
| GENERAL CONTRACTING AND | § | |
| CONSTRUCTION MANAGEMENT, | | ORIGINAL PROCEEDING |
| RELATOR. | § | ON PETITION FOR WRIT OF MANDAMUS |
| | § | |

## J U D G M E N T

The Court has considered this cause on the Relators' petition for writ of mandamus against the Honorable Marcos Lizarraga, Judge of the 168th District Court of El Paso County, Texas, and concludes Relators' petition for writ of mandamus should be denied. We therefore deny the petition for writ of mandamus, in accordance with the opinion of this Court.

IT IS SO ORDERED THIS 12TH DAY OF SEPTEMBER, 2014.


YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rodriguez, J., and Barajas, Senior Judge
Barajas, Senior Judge (Sitting by Assignment)(Not Participating)